796 A.2d 890

STATE OF NEW JERSEY IN THE INTEREST OF S.G.,

April 3, 2002.

## ORDER

Leave to appeal is granted.

796 A.2d 890

IN RE: ADPP ENTERPRISES, INC., ROUTE 46, SECTION 34 MODIFICATION OF ACCESS, FAIRFIELD, NEW JERSEY.

(ADPP ENTERPRISES, INC., APPELLANT).

April 22, 2002.

## ORDER

This matter having been duly considered and the Court having determined that certification is improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed.